**GREENE COUNTY SHERIFF'S OFFICE**             **JAIL DIVISION**

## INMATE REQUEST TO STAFF

FROM: Michael Hancock    CFN: 1854765    POD: A    CELL: 215

I am requesting: I request Dr. Wilkins to send me for my hernia surgrey because I'm in the custody of Greene County Jail under RSMo you have to pay for it.

Thank you

4 / 4 / 18
**TODAY'S DATE**

Michael Hancock
**INMATE'S SIGNATURE**

****************** POD OFFICER IN CHARGE RESPONSE ******************

_____
**TODAY'S DATE**

**SIGNATURE OF POD OFFICER**

**************** SHIFT SUPERVISOR RESPONSE - IF NEEDED ****************

See inmate Rules + Regulations Section #6, Medical & Dental/Mental Health, page 26, 1-C.

4 / 5 / 18
**TODAY'S DATE**

LT Newell
**SIGNATURE OF SHIFT SUPERVISOR**

↑
Not Medical STAFF

Distribution: Original - Inmate
             Copy - Inmate File

**JAL-ADMIN 106**

# SECTION #6

## MEDICAL/DENTAL/MENTAL HEALTH

1. **GENERAL PROVISIONS:**

    A. At the time of being booked in, the Classification Officer will ask you about your medical condition(s) and history. Please indicate any problem at this time. If you have a communicable disease, please advise the Classification Officer of this. A medical questionnaire will be completed on each inmate.

    B. The Medical staff will review initial medical screening and triage those inmates who require a physical evaluation will be seen by the Medical Staff.

    C. While incarcerated in the Greene County Jail, your medical care will be under the direction of the Jail's Physician. If you require care outside of the facility, you must assume responsibility for payment of that care.

    D. In the event of a medical emergency please notify staff who will notify the Medical Department. You will be seen by medical staff on duty and an appropriate triage decision will be made.

    E. While in the custody of Greene County your medical care will be under the medical direction of the Jail Physician. The medical staff will verify your home medications and/or outside prescriptions. Medications will be started once they are ordered by the Jail Physician. You may not be placed on the same medications and dosages that you are on at home. The Jail Physician has the final decision on your medical care while incarcerated. The Greene County Jail Medical Staff makes every effort to use non-pharmacological means to treat physical and mental health problems whenever possible.

    F. Inmates requiring a medical diet for **allergies** must submit an allergy questionnaire when classified during the booking process, documenting the allergy. Medical will then perform a lab/blood draw to test for the allergy. If the lab results are positive you will receive a medical diet and Greene County will pay for the lab test. If the lab results are negative, you will not receive a medical diet and will be responsible for paying $47.17 for the lab test (cost subject to change). You may accept or decline the allergy test; however, declination will result in you not receiving a medical diet.

2. **MEDICAL ATTENTION:**

    A. The Jail's Physician visits the Jail at least two days each week and is on call 24/7. Additionally, there is other medical staff on duty 24/7.

View the 2017 Missouri Revised Statutes | View Previous Versions of the Missouri Revised Statutes

# 2011 Missouri Revised Statutes
# TITLE XIII CORRECTIONAL AND PENAL INSTITUTIONS
# Chapter 221 Jails and Jailers
# Section 221.120. Medicine and medical attention for prisoners, definitions.

**Universal Citation:** MO Rev Stat § 221.120.

**Medicine and medical attention for prisoners, definitions.**

221.120. 1. If any prisoner confined in the county jail is sick and in the judgment of the jailer, requires the attention of a physician, dental care, or medicine, the jailer shall procure the necessary medicine, dental care or medical attention necessary or proper to maintain the health of the prisoner. The costs of such medicine, dental care, or medical attention shall be paid by the prisoner through any health insurance policy as defined in subsection 3 of this section, from which the prisoner is eligible to receive benefits. If the prisoner is not eligible for such health insurance benefits then the prisoner shall be liable for the payment of such medical attention, dental care, or medicine, and the assets of such prisoner may be subject to levy and execution under court order to satisfy such expenses in accordance with the provisions of section 221.070, and any other applicable law. The county commission of the county may at times authorize payment of certain medical costs that the county commission determines to be necessary and reasonable. As used in this section, the term "medical costs" includes the actual costs of medicine, dental care or other medical attention and necessary costs associated with such medical care such as transportation, guards and inpatient care.

*Violates U.S. & Mo. Constitution*

Case 6:18-cv-03170-MDH   Document 1-1   Filed 05/29/18   Page 3 of 18

**GREENE COUNTY SHERIFF'S OFFICE**              **JAIL DIVISION**

**INMATE REQUEST TO STAFF**

FROM: Michael Hancock  CFN: 1854765  POD: B  CELL: 203

I am requesting: I am Requesting Dr Wilkins to send me to the hospital to get my Herina Fix. Its getting worse.

2,27,18
**TODAY'S DATE**

Michael Hancock
**INMATE'S SIGNATURE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **POD OFFICER IN CHARGE RESPONSE** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Picked up 2/27/2018 @ 0750 K8

You have been given information on how to successfully receve surgery (on 1/9/18). For any additnal medical concerns please feel free to turn in a sick call ———— AS LPN 2/28/18

_/_/_
**TODAY'S DATE**

**SIGNATURE OF POD OFFICER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SHIFT SUPERVISOR RESPONSE - IF NEEDED** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_/_/_
**TODAY'S DATE**

**SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate
             Copy - Inmate File

JAL-ADMIN 106

TO: Michael Hancock CFN# 1854765

FROM: Capt Johnson

DATE: 01-17-18

SUBJECT: Administrative Remedy #2

Your Request for Administrative Remedy asks that the jail medical staff send you to see a specialist for you medical complaint.

I have to depend on the experience and expertise of the Mercy trauma doctor you saw, Dr. Wilkins and our medical staff. You were provided medical attention for your medical complaint and the outcome for the complaint was made by a licensed physician.

This matter is concluded.

**GREENE COUNTY JAIL**                                      1/13/18
                                                            00:41
# REQUEST FOR ADMINISTRATIVE REMEDY

FROM: Hancock Michael D          1854765          B-216
      LAST NAME, FIRST, MIDDLE INITIAL    CFN NO.      UNIT

PART A - INMATE REQUEST  On 12-19-17 I requested that the medical staff at Greene County Jail send me to see a specialist for my back problems made worse by gunshot from Springfield Police & was denied. This is in violation of state law to provide me with medical care & U.S. & Missouri Constitution. under Estelle v. Gamble, 429 U.S. 97, 103 (1976).

Again I ask to be sent to a specialist about my back problems.

1-13-18                              Michael Hancock 1854765
DATE                                 SIGNATURE OF REQUESTER

PART B - RESPONSE

---

DATE                                 DIRECTOR
ORIGINAL: RETURN TO INMATE           CASE NUMBER: 2

PART C - RECEIPT                     CASE NUMBER: 2
RETURN TO: _____
           LAST NAME, FIRST, MIDDLE INITIAL    CFN NO.    UNIT
SUBJECT: _____

DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

Distribution GREEN = Inmate File, YELLOW = Inmate Copy, PINK = Sheriff    JAL-ADMIN 102 - Rev 1 (3/9/06)

**GREENE COUNTY SHERIFF'S OFFICE**                    **JAIL DIVISION**

## INMATE REQUEST TO STAFF

FROM: Michael Hancock   CFN: 1854765   POD: B   CELL: 216

I am requesting: NEED INFORMAL REQUEST FOR Remedy ON Medical For The charges I have Been charged For The problems that was caused By The Gunshots on May 11th 2017 By Springfield Police Department.

1 / 16 / 18
**TODAY'S DATE**

Michael Hancock
**INMATE'S SIGNATURE**

*********** POD OFFICER IN CHARGE RESPONSE ***********

Fwd to medical

1 / 16 / 18
**TODAY'S DATE**

Jermeen #1133
**SIGNATURE OF POD OFFICER**

*********** SHIFT SUPERVISOR RESPONSE - IF NEEDED ***********

As of 1/22/18 you have been charged for 2 provider visits and 4 sick calls. These are not accurate charges, there is supposed to be an additional 6 provider charges, 1 nurse sick call, and 3 pod calls. I will make sure your account is updated. Thank you for bringing this to our attention.

1 / 22 / 18
**TODAY'S DATE**

**SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate
              Copy - Inmate File

JAL-ADMIN 106

GREENE COUNTY SHERIFF'S OFFICE                                          JAIL DIVISION

## INMATE REQUEST TO STAFF

FROM: Michael Hancock         CFN: 1854765   POD: B   CELL: 216

I am requesting: I would Like Administrative ~~Rn tn~~ Remedy
Levle 3 Because of deniate of Medical Care

_1_/_12_/_18_   
**TODAY'S DATE**

*Michael Hancock*  
**INMATE'S SIGNATURE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* POD OFFICER IN CHARGE RESPONSE \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_/_/_   
**TODAY'S DATE**

**SIGNATURE OF POD OFFICER**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* SHIFT SUPERVISOR RESPONSE - IF NEEDED \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_/_/_   
**TODAY'S DATE**

**SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate    Turned in Level 3 To ~~GC~~
              Copy - Inmate File   Officer Tayler on 1-12-18

**JAL-ADMIN 106**

# GREENE COUNTY JAIL — INFORMAL REQUEST FOR REMEDY

*Refiled date missing white page.*

**LEVEL #1 F FLOOR OFFICER**

INMATE: Michael Hancock 1854765   CELL: B-216   DATE: 1-8-18

DATE, TIME, & LOCATION OF INCIDENT: On or About 12-19-2017 at Greene County Jail Medical

NATURE OF COMPLAINT: On or About 12-19-17 I requested The Doctor of this Jail to send me to a specialist for my Back problems. Not the trauma Surgeon who seen me for My Hernia & was told he could not do so unless I could pay. I request to be sent to a specialist for my back problems.

DATE: 1-8-18   INMATE SIGNATURE: Michael Hancock

---

RECEIVED BY OFFICER: STRECKER 897   DATE / TIME: 1/9/18 @ 2053

OFFICER'S RESPONSE: Mercy Trauma has already evaluated you and no acute emergent issues were found. If a referral to a specialist was needed they would have been the ones to do it.

DATE/TIME RETURNED: 1/10/18 @ 0723   OFFICER SIGNATURE: [signature]

If Dissatisfied With The Above Response, Appeal By Filling Out Bottom Portion Of This Form And Return To Control Room Officer Within **24 Hours**.

***

I, THE ABOVE NAMED INMATE, AM DISSATISFIED WITH THE ABOVE RESPONSE AND WISH TO RESUBMIT TO THE SHIFT SUPERVISOR FOR FURTHER REVIEW AND CONSIDERATION BECAUSE:

**LEVEL #2 LT. OR SGT.**

STATE REASON: The question & Request has not been addressed in this issue. Again I request to see a specialist about my back problems.

DATE: 1-10-18   INMATE SIGNATURE: Michael Hancock

---

RECEIVED BY OFFICER: J. Mitchell 1300   DATE / TIME: 1/10/2018 @ 13:15

SUPERVISOR'S RESPONSE: You have been evaluated by outside physicians and have not been referred for any other eval.

DATE: 11 JAN 18   SUPERVISOR'S SIGNATURE: [signature] CMO

INMATE ADVISED AND GIVEN COPY OF RESPONSE. DATE / TIME ____

If Dissatisfied With The Supervisor's Response, Appeal By Submitting A Request For Administrative Remedy, Level #3, Administrative Assistant of the Jail Within 2 Calendar Days.

***

DISTRIBUTION : LEVEL #1  ALL COPIES RETURNED TO INMATE

LEVEL #2  Orig. WHITE = INMATE FILE
          Copy YELLOW = INMATE, FOR ATTACHMENT TO LEVEL #3 REQUEST
          Copy PINK = INMATE, FOR RETENTION

Case 6:18-cv-03170-MDH   Document 1-1   Filed 05/29/18   Page 9 of 18

JAL-ADMIN 101

# GREENE COUNTY JAIL
# INFORMAL REQUEST FOR REMEDY

Re-filed date
missing white page.

**LEVEL #1 FLOOR OFFICER**

INMATE: Michael Hancock 185+1765  CELL: B-216  DATE: 1-9-18

DATE, TIME, & LOCATION OF INCIDENT: On or About 12-19-2017 at Greene County Jail Medical

NATURE OF COMPLAINT: On or About 12-19-17 I requested the doctor of this jail to send me to a specialist for my back problems. Not the trauma surgeon who saw me for my hernia. I was told he would not do unless I could pay. I request to be sent to a specialist for my back problems so ___

DATE: 1-8-18  INMATE SIGNATURE: Michael Hancock

RECEIVED BY OFFICER: S-Becker 377  DATE / TIME: 1/4/18 @ ___
OFFICER'S RESPONSE: _____ [illegible]
DATE/TIME RETURNED: 1/10/18 ___  OFFICER SIGNATURE: ___

If Dissatisfied With The Above Response, Appeal By Filling Out Bottom Portion Of This Form And Return To Control Room Officer Within **24 Hours**.

***

I, THE ABOVE NAMED INMATE, AM DISSATISFIED WITH THE ABOVE RESPONSE AND WISH TO RESUBMIT TO THE SHIFT SUPERVISOR FOR FURTHER REVIEW AND CONSIDERATION BECAUSE:

**LEVEL #2 LT. OR SGT.**

STATE REASON: The question of request has not been addressed in this issue. Again I request to see a specialist about my back problems.

DATE: 1-10-18  INMATE SIGNATURE: Michael Hancock

RECEIVED BY OFFICER: ___  DATE / TIME: ___
SUPERVISOR'S RESPONSE: You have been evaluated by outside physicians and have not been referred for any other eval.

DATE: 11 JAN 18  SUPERVISOR'S SIGNATURE: ___
INMATE ADVISED AND GIVEN COPY OF RESPONSE. DATE / TIME ___

If Dissatisfied With The Supervisor's Response, Appeal By Submitting A Request For Administrative Remedy, Level #3, Administrative Assistant of the Jail Within 2 Calendar Days.

***

DISTRIBUTION : LEVEL #1  ALL COPIES RETURNED TO INMATE

LEVEL #2  Orig.WHITE = INMATE FILE
  Copy  YELLOW = INMATE , FOR ATTACHMENT TO LEVEL #3 REQUEST
  Copy  PINK = INMATE, FOR RETENTION

**GREENE COUNTY SHERIFF'S OFFICE**                                     **JAIL DIVISION**

### INMATE REQUEST TO STAFF

FROM: Michael Hancock     CFN: 1854765   POD: B   CELL: 216

I am requesting: On 1-4-18 I filed an Informal Request for REMEDY & returned it to Officer Hick 1027 at 02:10 Am. When it was returned to me by Cpl R. Lewis The top page (white copy) was not there. I can't continue without the white copy would you please return the white copy.

Thank you.

1 / 8 / 18
**TODAY'S DATE**                                                      Michael Hancock
                                                                      **INMATE'S SIGNATURE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **POD OFFICER IN CHARGE RESPONSE** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____/_____/_____
**TODAY'S DATE**                                                      **SIGNATURE OF POD OFFICER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SHIFT SUPERVISOR RESPONSE - IF NEEDED** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____/_____/_____
**TODAY'S DATE**                                                      **SIGNATURE OF SHIFT SUPERVISOR**

Distribution:  Original - Inmate
               Copy - Inmate File

**JAL-ADMIN 106**

# INMATE REQUEST TO STAFF

FROM: Michael Hancock CFN: 1854765 POD: B CELL: 216

I am requesting: I am in need of a Informal Request For Remedy For violation of my 8th Amendment right, Missouri Constitution Article 1 sec. 21 cruel & unusal punishment For denial of Medical Care.

Thank you.

1/3/18
**TODAY'S DATE**

Michael Hancock
**INMATE'S SIGNATURE**

*****************POD OFFICER IN CHARGE RESPONSE*****************

/ /
**TODAY'S DATE** **SIGNATURE OF POD OFFICER**

***************SHIFT SUPERVISOR RESPONSE - IF NEEDED***************

You were seen by your trauma surgeon. He did NOT refer you to a specialist. Thanks! BW RN

/ /
**TODAY'S DATE** **SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate
     Copy - Inmate File

JAL-ADMIN 106

**GREENE COUNTY SHERIFF'S OFFICE**          **JAIL DIVISION**

## INMATE REQUEST TO STAFF

FROM: Michael Hancock    CFN: 1854765    POD: B    CELL: 216

I am requesting: I was evaluated by my trauma Surgeon at Mercy For my Hernia NOT For the nerve damage that I requested to see a specialist for. (& was referred for surgery.) Again why will the Doctor not send me to see a specialist for my NERVE damage in my back. I would like that in writing. Thank you.

1 / 2 / 18          Michael Hancock
TODAY'S DATE          INMATE'S SIGNATURE

**************** POD OFFICER IN CHARGE RESPONSE ******************

FWD: MEDICAL

1 / 3 / 18          Massey 1203
TODAY'S DATE          SIGNATURE OF POD OFFICER

**************** SHIFT SUPERVISOR RESPONSE - IF NEEDED ****************

You were seen by your trauma Surgeon. He did not refer you to a specialist.

         BN, RN

/ /         
TODAY'S DATE          SIGNATURE OF SHIFT SUPERVISOR

Distribution: Original - Inmate
             Copy - Inmate File

JAL-ADMIN 106

# GREENE COUNTY SHERIFF'S OFFICE         JAIL DIVISION

## INMATE REQUEST TO STAFF

FROM: Michael Hancock    CFN: 1854765    POD: B    CELL: 216

I am requesting: I would like for the Dr. to tell me in writing why he can not send me to see a specialist for my Back problems.

Thank you,

/ / / ,2018
TODAY'S DATE

Michael Hancock
INMATE'S SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* POD OFFICER IN CHARGE RESPONSE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fwd to Med.
P/U 1/11/18 @ 2000      AS LPN

/ / /18
TODAY'S DATE

Hitchcock 1170
SIGNATURE OF POD OFFICER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIFT SUPERVISOR RESPONSE - IF NEEDED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You were evaluated by your trauma surgeon at mercy and were not referred to any specialist.
medical

/ /
TODAY'S DATE

SIGNATURE OF SHIFT SUPERVISOR

Distribution: Original - Inmate
            Copy - Inmate File

JAL-ADMIN 106

**GREENE COUNTY SHERIFF'S OFFICE**      **JAIL DIVISION**

## INMATE REQUEST TO STAFF

FROM: Michael Hancock    CFN: 1859765    POD: B    CELL: 216

I am requesting: I NEED A Administrative Remedy For violation OF RSMo & US Constitution For denial of Medical Care.

Thank You

_/_/_,2018      Michael Hancock
TODAY'S DATE     INMATE'S SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* POD OFFICER IN CHARGE RESPONSE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fwd to Med.
PTU 1/17/18 @ 2000     RS LPN

_/_/_/18     Hitchcock 1170
TODAY'S DATE     SIGNATURE OF POD OFFICER

\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIFT SUPERVISOR RESPONSE - IF NEEDED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_/_/_
TODAY'S DATE     SIGNATURE OF SHIFT SUPERVISOR

Distribution: Original - Inmate
              Copy - Inmate File

**JAL-ADMIN 106**

#2

**GREENE COUNTY SHERIFF'S OFFICE**            **JAIL DIVISION**

**INMATE REQUEST TO STAFF**

FROM: Michael Hancock    CFN: 1854765   POD: B   CELL: 216

I am requesting: I NEED A Copy of my medical File FROM NOW TO 2008 FoR Legal Reasons Thank you

NOTE: I AM INDIGENT.

11/17/17        Michael Hancock
**TODAY'S DATE**        **INMATE'S SIGNATURE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **POD OFFICER IN CHARGE RESPONSE** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FWD to Medical

11/17/17        Metheny #1270
**TODAY'S DATE**        **SIGNATURE OF POD OFFICER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SHIFT SUPERVISOR RESPONSE - IF NEEDED** \*\*\*\*\*\*\*\*\*\*\*\*\*\*

It costs $22.01 to open your chart plus .52¢ per page after that. Your lawyer can request it at no charge. — Medical

__/__/__        _____
**TODAY'S DATE**        **SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate
              Copy - Inmate File

JAL-ADMIN 106

#1

**GREENE COUNTY SHERIFF'S OFFICE**             **JAIL DIVISION**

## INMATE REQUEST TO STAFF

FROM: Michael Hancock    CFN: 1854765   POD: B   CELL: 216

I am requesting: I NEED A complete copy of my medical file all the way to 2008.

11 / 16 / 17
**TODAY'S DATE**

Michael Hancock
**INMATE'S SIGNATURE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* POD OFFICER IN CHARGE RESPONSE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fwd: Medical

11 / 16 / 17
**TODAY'S DATE**

MK 1258
**SIGNATURE OF POD OFFICER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SHIFT SUPERVISOR RESPONSE - IF NEEDED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Its $22.01 to open the chart $0.52 per page and will be placed in your property.

11 / 17 / 17
**TODAY'S DATE**

**SIGNATURE OF SHIFT SUPERVISOR**

Distribution: Original - Inmate
              Copy - Inmate File

**JAL-ADMIN 106**

Michael Hancock #1854765
GREENE COUNTY Jail
1000 N Boonville Ave.
Springfield, Mo. 65802

LEGAL MAIL

SCREENED BY
U.S. MARSHALS

RECEIVED
2018 MAY 29 PM 12:13

U.S. District Court
Office of CLERK
1510 Whitaker Courthouse
400 E. Ninth Street
Kansas City, Mo. 64106

